IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GUO ZHONG CHEN,** | : | **Civil No. 1:18-cv-0741** |
| **Petitioner,** | : | |
| v. | : | |
| **WARDEN CLAIR DOLL,** | : | |
| **Respondent.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

Presently before the court is a report and recommendation of the magistrate judge (Doc. 8) in which he recommends that the Petition for Issuance of a Writ of Habeas Corpus filed by Petitioner Guo Zhong Chen be dismissed as moot because the petition no longer presents a case or controversy. On July 24, 2018, the government filed a Suggestion of Mootness indicating that Petitioner was released from ICE custody (Doc. 7), and counsel for Petitioner concurred (Doc. 7-3). Upon review of the report and recommendation, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

3) The Clerk of Court shall close this case.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: August 2, 2018